(114 So. 922)

John HURST v. STATE. (4 Div. 323.) Court of Appeals of Alabama. Nov. 22, 1927.

J. S. Williams, Judge.

RICE, J. Affirmed.

(114 So. 922)

Houston HUTCHINS v. STATE. (6 Div. 217.) Court of Appeals of Alabama. Dec. 20, 1927.

Henry B. Foster, Judge.

BRICKEN, P. J. At the March, 1927, term of the circuit court of Tuscaloosa county the grand jury returned an indictment against this appellant, charging him with a violation of section 5411 of the Code of 1923; the offense being that of having carnal knowledge of a girl over 12 and under 16 years of age. He was tried upon said indictment, and convicted. as charged therein; the jury fixed his punishment at imprisonment in the penitentiary for 5 years. The trial was had, and judgment pronounced and entered on March 23, 1927, from which this appeal was taken. The cause is here submitted upon the record only; there is no bill of exceptions. An examination of the record discloses its regularity in all things. No error being apparent, the judgment of conviction from which this appeal was taken is affirmed. Affirmed.

(115 So. 923)

ILLINOIS CENTRAL R. CO. v. W. B. BAKER et al. (6 Div. 305.) Court of Appeals of Alabama. Jan. 17, 1928.

John Denson, Judge.

RICE, J. Appeal dismissed.

(114 So. 923)

INGRAM LAND CO. v. T. A. MOORE. (6 Div. 249.) Court of Appeals of Alabama. Dec. 22, 1927.

Roger Snyder, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(116 So. 925)

INGRAM LAND CO. v. J. Claude SMITH et al. (6 Div. 356.) Court of Appeals of Alabama. April 24, 1928.

Joe C. Hail, Judge.

RICE, J. Affirmed.

(118 So. 925)

Wash JACKSON v. CITY OF DEMOPOLIS. (2 Div. 422.) Court of Appeals of Alabama. Nov. 1, 1928.

Benj. F. Elmore, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(117 So. 925)

Nila JACO v. STATE. (8 Div. 704.) Court of Appeals of Alabama. May 22, 1928.

Paul Speake, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

(112 So. 923)

Ellsworth JARMON v. STATE. (8 Div. 600.) Court of Appeals of Alabama. May 24, 1927.

Chas. P. Almon, Judge.

RICE, J. Affirmed.

(112 So. 923)

Ellsworth JARMON v. STATE. (8 Div. 599.) Court of Appeals of Alabama. May 24, 1927.

Chas. P. Almon, Judge.

SAMFORD, J. Affirmed.

(113 So. 917)

Ellsworth JARMON v. STATE. (8 Div. 598.) Court of Appeals of Alabama. June 30, 1927.

Charles P. Almon, Judge. C. E. Carmichael, of Tuscumbia, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. This appellant, defendant below, was convicted for the offense of forgery, and was duly sentenced to serve an. indeterminate term of imprisonment in the penitentiary. From the judgment of conviction in the circuit court of Colbert county, this appeal was taken. The appeal here is rested upon the record proper, there being no bill of exceptions. An examination of this record discloses it is regular in all respects. No error being apparent, the judgment of conviction in the circuit court, from which this appeal was taken, is affirmed. Affirmed.

(118 So. 925)

JEFFERSON COUNTY v. J. Palmer SMITH. (6 Div. 322.) Court of Appeals of Alabama. Nov. 30, 1928.

J. Russell McElroy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(111 So. 924)

Will JENNINGS v. STATE. (7 Div. 281.) (Court of Appeals of Alabama. Jan. 18, 1927.)

R. B. Carr, Judge.

RICE, J. Appeal dismissed.